**KAPLAN & KATZBERG**
ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, N.Y. 10017
TEL. (212) 750-3100   FAX: (212) 750-8628

September 24, 2010

Honorable E. Thomas Boyle
United States Magistrate Judge           **VIA ECF**
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, New York 11722

Re:  United States v. Leesa Shapiro
Doc. No. 10-MJ-679 (ETB)

Dear Judge Boyle:

    We represent Leesa Shapiro in the above-captioned case and are requesting permission for her to travel to Los Angeles, California, on Friday, October 15, 2010 and return home to New York, New York, on Sunday, October 17, 2010. She would like to visit her daughter at the University of Southern California, where she is a freshman. Neither Assistant U.S. Attorney Burton Ryan nor Pre-Trial Services Officer Jennifer Powers oppose this request. Ms. Shapiro will provide all flight, hotel and contact information to Pre-Trial Services before her departure.

    Thank you for Your Honor's consideration of this matter.

                               Very truly yours,

                               KAPLAN & KATZBERG

                 By: _/s/ Mayo Schreiber, Jr._
                       Mayo Schreiber, Jr.

cc: AUSA Burton Ryan (by ECF)
    PTSO Jennifer Powers (by email)